E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0721
     Facsimile: (213) 894-0141
     E-mail:    John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
SEP 28 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: rsm DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:23-CV-08153-MCS-KS |
| Plaintiff, | NOTICE TO CONSOLIDATE |
| v. | [18 U.S.C. § 3184] |
| BRYANT RIVERA, aka "Eduardo," | |
| A Fugitive from the Government of the United Mexican States. | |

1   Plaintiff United States of America hereby gives notice that the
2   civil filing in this case, being made today, should be consolidated
3   with the criminal filings previously made in the matter styled "In
4   the Matter of the Extradition of BRYANT RIVERA, A Fugitive from the
5   Government of the United Mexican States," Case No. 2:23-mj-03275.

Dated: September 28, 2023          Respectfully submitted,

                                   E. MARTIN ESTRADA
                                   United States Attorney

                                   MACK E. JENKINS
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                   /s/ John J. Lulejian
                                   JOHN J. LULEJIAN
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA