| | |
|---|---|
| 1 | CUAUHTEMOC ORTEGA (Bar No. 257443) |
| | Federal Public Defender |
| 2 | J. ALEJANDRO BARRIENTOS (Bar No. 346676) |
| | (E-Mail: Alejandro_Barrientos@fd.org) |
| 3 | HOWARD SHNEIDER (Bar No. 309492) |
| | (E-Mail: Howard_Schneider@fd.org) |
| 4 | Deputy Federal Public Defenders |
| | 321 East 2nd Street |
| 5 | Los Angeles, California 90012-4202 |
| | Telephone: (213) 894-2854 |
| 6 | Facsimile: (213) 894-0081 |
| 7 | Attorneys for Defendant |
| | BRYANT RIVERA |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cv-08153-MCS-KS |
| Plaintiff, | **NOTICE OF ERRATA** |
| v. | |
| BRYANT RIVERA, | |
| Defendant. | |

1  Bryant Rivera, and through undersigned counsel, hereby submits this Notice of
2  Errata. On September 17, 2024, undersigned counsel submitted Spanish-language
3  declarations of Candido and Maria Rivera with Mr. Bernard's consolidated reply in
4  support of his motion to suppress and for reconsideration of order denying motion to
5  compel discovery, ECF No. 59, and inadvertently omitted the original English-
6  language versions of the two declarations. Attached to this notice are the English- and
7  Spanish-language versions of the two declarations

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: September 18, 2024     By  /s/ J. Alejandro Barrientos
                                  J. ALEJANDRO BARRIENTOS
                                  HOWARD SCHNEIDER
                                  Deputy Federal Public Defenders
                                  Attorneys for BRYANT RIVERA