# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:23-cv-08153-MWC-KS                    Date April 2, 2026

Title: United States of America v. Bryant Rivera

Present: The Honorable Karen L. Stevenson, United States Magistrate Judge

| Kerri Hays | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

n/a                                        n/a

Proceedings:    ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated April 10, 2025_____ .

☐  Case settled but may be reopened if settlement is not consummated within _____ days.
   Make JS-6.

☐  Other _____

☐  Entered _____ .

Initials of Preparer _____ klh _____